UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>MIGUEL SANTANA,<br><br>　　　　　　　　Defendant. | No. 6:16-po-00390 JDP<br><br>**ORDER TO REFUND OVERPAYMENT** |

　　　　The court orders that the Central Violations Bureau refund a $525.00 overpayment made by Mr. Miguel Santana on September 19, 2018. He originally made this payment on April 14, 2017, and has requested that he be reimbursed.

IT IS SO ORDERED.

Dated:　　November 20, 2018　　　　　　　　　　　　／s／ Jeremy Peterson
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE